1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| EDWARD REYNIR SULLIVAN, | Civil No.   08-0406 BEN (AJB) |
|---|---|
| Petitioner, | |
| v. | **ORDER DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** |
| MATTHEW MARTELL, Warden | |
| Respondent. | |

On January 14, 2008, Petitioner, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in the United States District Court for the Central District of California. On March 3, 2008, the case was transferred to this Court.

It appears from the docket forwarded by the Central District that Petitioner has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice and with leave to amend. *See* Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than May 12, 2008,** a copy of this Order with the $5.00 fee or with adequate proof of

/ / /
/ / /
/ / /
/ / /

his inability to pay the fee. The Clerk of Court shall send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.

**IT IS SO ORDERED.**

**DATED: March 5, 2008**

_____
**Hon. Roger T. Benitez
United States District Judge**